DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRELL ANDREW YATES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0996

_____

February 4, 2026

Appeal pursuant to Fla. R. App. P. 9.140(b)(1)(A), (F) from the Circuit
Court for Hillsborough County; Gregory Green, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.
_____

Opinion subject to revision prior to official publication.